**Drendolyn SIMS, Plaintiff–Appellant,**

v.

**Mike STANTON, Defendant–Appellee.**

No. 11–55401.

United States Court of Appeals,
Ninth Circuit.

Jan. 9, 2014.

L. Marcel Stewart, Law Office of L. Marcel Stewart, San Diego, CA, for Plaintiff–Appellant.

Timothy T, Coates, Lillie Hsu, Greines Martin Stein & Richland, LLP, Los Angeles, CA, Peter James Ferguson, Ferguson, Praet & Sherman, Santa Ana, CA, for Defendant–Appellee.

Before: STEPHEN REINHARDT, BARRY G. SILVERMAN, and KIM McLANE WARDLAW, Circuit Judges.

## ORDER

In accordance with the Supreme Court's opinion of November 4, 2013, as well as the resulting judgment, the district court's order granting summary judgment in favor of the defendant is **AFFIRMED.**